# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1383
LT Case No. 2018-CF-3084

_____

DERRICK LEWIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Derrick Lewis, Milton, pro se.

No Appearance for Appellee.

September 19, 2023

PER CURIAM.

AFFIRMED.

HARRIS, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____